**SWARTZ CULLETON PC**
By: Christopher J. Culleton, Esquire
Identification No. 78487
547 E. Washington Avenue
Newtown, PA 18940
Tel: (215) 550-6553
Fax: (215) 550-6557                    Attorney for Plaintiffs

---

| | |
|---|---|
| DENNIS YOUNG<br>106 Windsor Court<br>East Windsor, NJ 08512<br>    Plaintiff | IN THE UNITED STATES DISTRICT COURT<br>OF NEW JERSEY |
| v. | CIVIL ACTION NO: 3:17-cv-12904 |
| WERNER COMPANY<br>93 Werner Road<br>Greenville, PA 16125<br>    and<br>JOHN DOES 1-50 (fictitious person,<br>corporations or entities responsible for the<br>damages sustained by Plaintiffs)<br><br>    Defendants | VOLUNTARY STIPULATION OF<br>DISMISSAL WITH PREJUDICE<br>PURSUANT TO F.R.C.P. 41(A)(1)a)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned matter, Dennis Young, and Defendant, Werner Company, through their respective undersigned counsel, that this case is hereby dismissed in its entirety, with prejudice, pursuant to F.R.C.P. 41(A)(1)a)(ii).

**SWARTZ CULLETON PC**                                **MICHAEL J. DUNN, ESQ.**
Attorneys for Plaintiff                                      Attorney for Defendant Werner Co. (DE)

by: _Christopher J. Culleton_                         _[signature]_
Christopher J. Culleton, Esquire                    Michael J. Dunn, Esq.

DATED: November 29, 2018                        DATED:

SO ORDERED: _____
               Hon. Michael E. Joyce

DATED: _____

1